# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-0679
Lower Tribunal No. CF18-006320-XX

_____

JOSE BERMUDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Lori A. Winstead, Judge.

August 13, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and MIZE, JJ., concur.


Jose Bermudez, Chipley, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED